**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  05/23/2023
```

Alicia Bloise,

                                        Plaintiff,

                    -against-

Q4 Generational Wealth, Inc. d/b/a
Calientes Restaurant & Bar; Melanie Burgos,
in her individual and official capacities; and
Jahee Bridgewater, in his individual and
official capacities,

                                        Defendants.

**1:22-cv-10488 (JHR) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, for the reasons stated on the record, it is hereby ORDERED as follows:

1. Defendants Melanie Burgos and Jahee Bridgewater (collectively, the "Individual Defendants") have agreed to withdraw their motion to dismiss. (ECF No. 21.) No later than Tuesday, June 13, 2023, the Individual Defendants shall answer the Complaint (ECF No. 1) or file a responsive motion.

2. No later than Wednesday, June 21, 2023, Defendant Q4 Generational Wealth, Inc. shall appear by counsel in this action. Defendant Q4 Generational Wealth, Inc. is hereby advised that a corporation cannot appear *pro se* in this Court. Thus, if it fails to appear, a default may be entered against it. *See McFarlane v. Harry's Nurses Registry*, No. 17-CV-06350 (PKC) (PK), 2020 WL 1643781, at *15 (E.D.N.Y. Apr. 2, 2020) (corporate defendant's failure to obtain counsel is failure to "otherwise defend" under Federal Rule of Civil Procedure 55(a)); *see also Jones v.*

*Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983) ("[I]t is established that a corporation, which is an artificial entity that can only act through agents, cannot proceed *pro se*."). While the Individual Defendants can proceed *pro se*, they still will be required to comply with all Court Orders and deadlines and failure to do so may result in the imposition of sanctions, up to and including entry of a default judgment against them.

3. If Defendant Q4 Generational Wealth, Inc. has failed to appear by counsel, Plaintiff shall seek a certificate of default no later than Wednesday, June 28, 2023.

4. If the Individual Defendants file a motion to dismiss in lieu of filing an Answer, Plaintiff shall file her opposition to such motion no later than Wednesday, July 5, 2023.

5. The Individual Defendants shall file their reply, if any, no later than Wednesday, July 19, 2023.

The Clerk of Court is respectfully requested to terminate the gavel at ECF No. 21.

**SO ORDERED.**

Dated:      New York, New York
            May 23, 2023

_____
STEWART D. AARON
United States Magistrate Judge