

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alicia Bloise,

                         Plaintiff,

           -against-

Q4 Generational Wealth, Inc. d/b/a Calientes Restaurant & Bar; Melanie Burgos, in her individual and official capacities; and Jahee Bridgewater, in his individual and official capacities,

                       Defendants.

1:22-cv-10488 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with the parties, for the reasons stated on the record, it is hereby ORDERED that, no later than Wednesday, September 13, 2023, Defendants Melanie Burgos and Jahee Bridgewater (collectively, the "Individual Defendants") shall answer the Amended Complaint (ECF No. 38) or file a responsive motion.

**SO ORDERED.**

Dated:    New York, New York
            August 14, 2023

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge