UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alicia Bloise,

                Plaintiff,

-against-

Q4 Generational Wealth, Inc., et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/31/2024

1:22-cv-10488 (JHR) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

In accordance with District Judge Rearden's Order adopting the undersigned's Report and Recommendation in its entirety, including granting Plaintiff leave to amend (5/31/24 Order, ECF No. 53, at 5), Plaintiff shall file any further amended pleading no later than Friday, June 14, 2024.

**SO ORDERED.**

Dated:    New York, New York
            May 31, 2024

_____
STEWART D. AARON
United States Magistrate Judge