UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alicia Bloise,

                Plaintiff,

-against-

Q4 Generational Wealth, Inc., et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2024

1:22-cv-10488 (JHR) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

    The Court is in receipt of the status letter filed by Plaintiff and Defendant's letter in response to the same. (Pl.'s 11/8/24 Ltr., ECF No. 60; 11/12/24 Memo Endorsement, ECF No. 61.) The parties shall file another joint status letter apprising the Court on the status of discovery no later than Friday, December 13, 2024. The parties are reminded to thoroughly respond to each other's discovery demands and conduct such discovery in good faith. If any discovery response is deficient, parties may file letter motions requesting relief in accordance with the undersigned's Individual Practices.

**SO ORDERED.**

Dated:    New York, New York
            November 12, 2024

*Stewart D. Aaron*
_____
**STEWART D. AARON**
**United States Magistrate Judge**