USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alicia Bloise,

        Plaintiff,

-against-

Q4 Generational Wealth, Inc., et al.,

        Defendants.

1:22-cv-10488 (JHR) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Tuesday, February 4, 2025, at 11:00 a.m. to address Plaintiff's Letter Motion to Compel Discovery from Defendant Melanie Burgos. (Motion, ECF No. 66.)  At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090. During the telephone conference, the Court shall extend the discovery deadline, currently set for Friday, January 31, 2025, for the limited purpose of compelling the parties to respond to certain outstanding items of discovery.

**SO ORDERED.**

Dated:    New York, New York
          January 28, 2025

_____
STEWART D. AARON
United States Magistrate Judge