USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alicia Bloise,

                Plaintiff,

-against-

Q4 Generational Wealth, Inc., et al.,

                Defendants.

1:22-cv-10488 (JHR) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which counsel for Plaintiff appeared, but *pro se* Defendant Melanie Burgos ("Defendant Burgos") failed to appear. For the reasons stated on the record during the telephone conference, it is hereby ORDERED, as follows:

1. No later than February 18, 2025, Defendant Burgos shall respond only to the interrogatories listed below, and her responses shall be limited as set forth below. If Plaintiff does not know the answer to all or part of any of the interrogatories listed below, she shall so state.

    a. With respect to Interrogatory No. 2, Defendant Burgos shall identify all persons with knowledge or information relating to Plaintiff's allegations of race discrimination.

    b. With respect to Interrogatory No. 3, Defendant Burgos shall identify all persons who worked at Calientes from November 2021 through June 2022.

      c. With respect to Interrogatory No. 7, Defendant Burgos shall provide the names of individuals who maintained the corporate defendant's business records.

      d. With respect to Interrogatory No. 8, Defendant Burgos shall provide the names of persons with knowledge regarding the current operating status of the corporate defendant.

      e. With respect to Interrogatory No. 10, Defendant Burgos shall provide the names of persons with knowledge regarding the winding down of the corporate defendant.

      f. With respect to Interrogatory No. 21, Defendant Burgos shall provide the names, last known addresses and contact numbers of the owners of Q4 and Calientes.

      g. Defendant Burgos need not respond to any further interrogatories that are not listed above.

2. Defendant Burgos shall conduct a diligent search for documents responsive to Request Nos. 1 through 28 of Plaintiff's first set of document requests and Document Request Nos. 8 through 15 of Plaintiff's supplemental document requests, and shall produce any documents she locates no later than February 18, 2025. Defendant Burgos need not respond further to Plaintiff's other document requests.[1]

3. Counsel for Plaintiff and Defendant Burgos promptly shall meet and confer to discuss a mutually agreeable date for Defendant Burgos's deposition to be held no later than

---

[1] Notably, Plaintiff need not produce tax-related documents and documents relating to her income. Such documents are not relevant to the remaining claims in this case and are not proportional to the needs of the case.

March 17, 2025. At the deposition, Defendant Burgos shall answer, to the best of her knowledge, all questions posed to her. Plaintiff's counsel is directed to only ask questions that are relevant to the four causes of action against Defendant Burgos that remain in this case.

4.   No later than February 18, 2025, Plaintiff shall serve written responses to Defendant Burgos's second set of interrogatories.

5.   The deadline for completion of all discovery is extended to March 17, 2025 for the limited purposes set forth in this Order.

6.   Defendant Burgos is warned that her failure to appear for future conferences, and/or her failure to appear for a deposition, may result in a default judgment being entered against her.

**SO ORDERED.**

Dated:     New York, New York
           February 4, 2025

_____
STEWART D. AARON
United States Magistrate Judge

3