```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alicia Bloise,

                Plaintiff,

-against-

Q4 Generational Wealth, Inc., et al.,

                Defendants.

1:22-cv-10488 (JHR) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

For the reasons stated on the record during today's telephone conference in which Counsel for Plaintiff and *pro se* Defendant Melanie Burgos ("Defendant Burgos") participated, it is hereby ORDERED, as follows:

    1.    Defendant Burgos shall appear for a remote deposition on Friday, March 7, 2025 at 10:00 a.m.

    2.    Counsel for Plaintiff shall send the remote deposition link by email to Defendant Burgos no later than Wednesday, March 5, 2025.

**SO ORDERED.**

Dated:    New York, New York
            February 7, 2025

_____
STEWART D. AARON
United States Magistrate Judge