```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alicia Bloise,<br><br>       Plaintiff,<br><br>-against-<br><br>Q4 Generational Wealth, Inc., et al.,<br><br>       Defendants. | 1:22-cv-10488 (JHR) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

  A telephone conference was held today in which Plaintiff's Counsel and *pro se* Defendant Melanie Burgos ("Defendant Burgos") participated. During the conference, Plaintiff's Counsel stated his intention to file a motion to voluntarily dismiss the pending claims against Defendant Burgos because she declines to stipulate to dismissal of the claims against her. Accordingly, it is hereby ORDERED, as follows:

  1. Plaintiff shall file the motion to voluntarily dismiss the claims against Defendant Burgos, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, no later than March 28, 2025.

  2. Defendant Burgos shall file any response to the motion to dismiss no later than April 18, 2025.

  3. Plaintiff shall file any reply no later than April 25, 2025.

**SO ORDERED.**

Dated:  New York, New York
     March 7, 2025

                           */s/ Stewart D. Aaron*
                              _____
                              STEWART D. AARON
                              United States Magistrate Judge