UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alicia Bloise,<br><br>                              Plaintiff,<br><br>-against-<br><br>Q4 Generational Wealth, Inc., et al.,<br><br>                             Defendants. | 1:22-cv-10488 (JHR) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of the motion for default judgment, accompanying affirmation and exhibits filed by Plaintiff on September 3, 2025. (Mot., ECF No. 89; Calliste, Jr. Aff., ECF No. 90; Exs., ECF Nos. 90-1 to 90-16, collectively, ("Default Judgment Papers").) It is hereby ORDERED as follows:

    1.    Plaintiff's counsel shall serve the Default Judgment Papers upon defendant Q4 General Wealth, Inc. d/b/a Calientes Restaurant & Bar ("Q4/Calientes") and file proof of service to the ECF docket no later than September 8, 2025. Plaintiff shall serve Q4/Calientes in the following manner: via first class mail at 414 City Island Ave., Bronx, NY 10464, and via email to melanieburgos613@gmail.com and calientesnyc@gmail.com.

    2.    Q4/Calientes shall respond to the motion for default judgment no later than October 23, 2025.

SO ORDERED.

Dated:    New York, New York
             September 4, 2025

*Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge