**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Alicia Bloise,**<br><br>                              **Plaintiff,**<br><br>        **-against-**<br><br>**Q4 Generational Wealth, Inc., et al.,**<br><br>                              **Defendants.** | **1:22-cv-10488 (JHR) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on September 3, 2025, Plaintiff filed a motion for default judgment, accompanying affirmation and exhibits (Mot., ECF No. 89; Calliste, Jr. Aff., ECF No. 90; Exs., ECF Nos. 90-1 to 90-16); and

WHEREAS, in connection with the aforesaid motion, Plaintiff makes reference to a diagnosis by her doctor of "severe anxiety and depression," as well as treatment by a social worker and/or therapist (*see* Calliste, Jr. Aff. ¶¶ 261-63; *see also* A. Bloise Decl., ECF No. 90-6, ¶¶ 105-06); and

WHEREAS, Plaintiff has failed to submit in support of her motion any records from her doctor, social worker and/or therapist; and

WHEREAS, if a plaintiff fails to submit medical evidence in support of an emotional distress claim, such claim will be treated as "garden variety," thus limiting the range of damages that may be recovered on such a claim, *see Caravantes v. 53rd Street Partners, LLC*, No. 09-CV-07821 (RPP), 2012 WL 3631276, at * 22 (S.D.N.Y. Aug. 23, 2012); and

WHEREAS, evidence for "garden variety" emotional distress claims typically is limited to the plaintiff's testimony, without requiring expert opinions or mental health records, *see United States v. Asare*, 476 F. Supp. 3d 20, 37 (2020).

NOW, THEREFORE, it is hereby ORDERED, as follows:

1.      If Plaintiff wishes to place her mental health in controversy, and recover greater than "garden variety" emotional distress damages, Plaintiff shall, no later than December 16, 2025, file to the ECF docket[1] records from Plaintiff's doctor, social worker and therapist pertaining to her mental health during and after Plaintiff's employment at Q4 General Wealth, Inc. d/b/a Calientes Restaurant & Bar ("Q4/Calientes"), serve such records upon Q4/Calientes[2] and file proof of service to the ECF docket no later than December 18, 2025.

2.      If the foregoing records are filed and served, Q4/Calientes and its principal, Melanie Burgos, shall treat such records as confidential and shall not disclose them to anyone in any manner.

**SO ORDERED.**

Dated:          New York, New York
                December 2, 2025

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] Given that the records pertain to Plaintiff's mental health, they may be filed to the ECF docket under seal.

[2] Plaintiff shall serve Q4/Calientes in the following manner: via first class mail at 414 City Island Ave., Bronx, NY 10464, and via email to melanieburgos613@gmail.com and calientesnyc@gmail.com.