**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ALICIA BLOISE,

        Plaintiff,                22 **CIVIL** 10488 (JHR)(SDA)

      -against-                   **JUDGMENT**

Q4 GENERATIONAL WEALTH, INC. d/b/a
CALIENTES RESTAURANT & BAR,
MELANIE BURGOS, et al.,

        Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 31, 2026, the Court adopts the Report &

Recommendation in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
      March 31, 2026

                  **TAMMI M. HELLWIG**
                  _____
                    **Clerk of Court**

        **BY:** _____
                    **Deputy Clerk**